## WILLIAM O. REDDEN *vs.* STEWART & TOWNSEND.

The justice's record ought to show regular adjournments of the cause.

CERTIORARI to Justice Hall.

Record. "Summons issued 22d March, 1834, on account, demanding $49 99, returnable 29th March, 1834. Then returned, executed personally. Deft. not appearing, judgment by default, now, to wit, this 12th April, 1834. Judgment for plff. $49 99 and $1 84 costs.

Exceptions. First. Because judgment was rendered by the justice by default without first having heard the allegations and proofs of the plff. and without trying the cause. Second. Because the summons was returnable on the 29th of March, and judgment was given by default against the deft. on the 12th of April, and the record does not show any adjournment of the cause.

Judgment reversed.